RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 5/24/11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| WARREN RANGE<br>LA.DOC #102737 | CIVIL ACTION NO. 11-cv-267; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| ROBERT EWING, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DENIED** and **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 24th day of MAY, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE